UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUGLAS HOUSE,

    Plaintiff,

v.                                Case No.: 8:23-cv-2562- AAS

MARTIN O'MALLEY,
**Commissioner of Social Security Administration,**

    Defendant.
_____/

## ORDER

    The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 24). This request is unopposed. (*Id.*, p. 1).

    The Commissioner requests remand with entry of judgment to provide the plaintiff an opportunity for a new hearing. (*Id.*). Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

    Accordingly, the Commissioner's unopposed motion for entry of judgment with remand (Doc. 24) is **GRANTED**. The Clerk is directed to enter judgment in favor of the plaintiff and close the file.

1

**ORDERED** in Tampa, Florida on May 22, 2024.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge